IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV58 |
| v. | ) ) ) | |
| TONY RYMER, and JOHN ASTERINO, | ) ) | ORDER |
| Defendants. | ) ) ) | |

IT IS ORDERED that a hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Filing No. 8) is scheduled hearing before the undersigned on **February 22, 2007, at 3:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of February, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge