IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHIEF AUTOMOTIVE TECHNOLOGIES, INC. | 8:07CV58 |
| Plaintiff, | |
| v. | ORDER |
| TONY RYMER and JOHN ASTERINO, d/b/a Aztec Capital Leasing, d/b/a Snap-O-Liner. | |
| Defendants. | |

This matter is before the court on its own motion. This action is related to *Chief Automotive Systems, Inc. v. Asterino,* No. 4:97cv3017, a case assigned to Judge Kopf. Accordingly, the action should be transferred to Judge Kopf for resolution.

IT IS ORDERED:

1. This action is transferred to the docket of United States District Judge Richard Kopf for disposition and to Magistrate Judge David Piester for pretrial supervision;

2. The hearing presently scheduled for March 9, 2007 at 3:00 p.m. is canceled;

3. Plaintiff shall contact the chambers of Judge Kopf to schedule further proceedings in this matter.

DATED this 8th day of March, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief Judge