IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE TECHNOLOGIES, INC., | ) ) ) | 8:07CV58 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| TONY RYMER, a/k/a TONY RYMER d/b/a ACCESS CAPITAL LEASING, a/k/a TONY RYMER d/b/a SNAP-O-LINER, JOHN ASTERINO, a/k/a JOHN ASTERINO d/b/a ACCESS CAPITAL LEASING, a/k/a JOHN ASTERINO d/b/a SNAP-O-LINER, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. This matter was transferred to my docket on March 8, 2007, and the order of transfer directed the plaintiff to contact my chambers. (Filing 19.) My chambers has not yet been contacted.

    IT IS ORDERED that on or before Friday, March 16, 2007, counsel for the plaintiff shall contact my judicial assistant, Kristin Leininger, as well as any party who may have an interest in this matter, so that a conference call between the parties and the court may be scheduled for the purpose of progressing the motion for temporary restraining order and preliminary injunction.

March 12, 2007                                  BY THE COURT:

                                                                        *s/Richard G. Kopf*
                                                                        United States District Judge