IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV58 |
| V. | ) ) ) | |
| TONY RYMER and JOHN ASTERINO, | ) ) | ORDER |
| Defendants. | ) ) ) | |

I conferred by telephone with counsel for Chief Automotive Technologies, Inc. and John Asterino today. Counsel for Chief informed me that she was unaware of the whereabouts of Tony Rymer. Counsel for Chief and Mr. Asterino agreed that the temporary restraining order (filing 17) entered on February 23, 2007, may continue in full force and effect until one of the parties requests a hearing on the request for a preliminary injunction.

IT IS SO ORDERED.

March 14, 2007.                    BY THE COURT:

                                   *S/ Richard G. Kopf*
                                   United States District Judge