IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE TECHNOLEGIES, Inc., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV58 |
| v. | ) ) ) | |
| TONY RYMER, a/k/a TONY RYMER d/b/a ACCESS CAPITAL LEASING, a/k/a TONY RYMER d/b/a SNAP-O-LINER, JOHN ASTERINO, a/k/a JOHN ASTERINO d/b/a ACCESS CAPITAL LEASING, a/k/a JOHN ASTERINO d/b/a SNAP-O-LINER, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Michael C. Cox of the Koley Jessen law firm has entered his appearance as counsel for plaintiff.

IT THEREFORE HEREBY IS ORDERED,

The motion of Mark J. Peterson and Nora M. Kane to withdraw as counsel for plaintiff, filing 35, is granted.

DATED this 1st day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge