IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE TECHNOLOGIES, INC., | ) ) ) | 8:07CV58 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| TONY RYMER, a/k/a TONY RYMER d/b/a ACCESS CAPITAL LEASING, a/k/a TONY RYMER d/b/a SNAP-O-LINER, JOHN ASTERINO, a/k/a JOHN ASTERINO d/b/a ACCESS CAPITAL LEASING, a/k/a JOHN ASTERINO d/b/a SNAP-O-LINER, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

By prior order of the court (filing 44), Plaintiff was directed to show cause why this action should not be dismissed. Plaintiff has responded (filing 45) and informs the court that it has no objection to dismissal of this action, without prejudice, as against both defendants.

For the foregoing reasons,

IT IS ORDERED that this action shall be dismissed without prejudice and judgment shall be entered by separate order.

January 28, 2008.  BY THE COURT:

*s/Richard G. Kopf*
United States District Judge